pro per

Joselyn Carmel Rose Lee
alias Joselyn Lee

Preferred Communication: email
JoselynCLee@msn.com

Address: 37010 Dusterberry Way
Postal Code: PO Box 1531, Fremont, CA, 94537

Lee

vs

Secretary of State
of California

FILED
FEB 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

(99) IFP
NP

Federal District Court of
California, Northern District, Alameda County

Emergent Injunction & Complaint

Contest of Constitutionality of California Election Codes for Primary Election to Select Top Two Candidates Only (Election Codes §§ 100, 104, 8041, 8600, 8602, 8603; Code of Civil Procedure § 2015.5) for the Nomination Process Required As Applied to the Nov 2020 Election for Congressional District 17

C20-1203  LB

I, Joselyn Lee, plead extreme violation of my civil Rights since I declared my candidacy for U.S. Congress. Immediately after my declaration, I was subjected to toxic carcinogenic weapons, putrid bacteria and fungi, inserted deep into my car with intention to end my life and my bid for Congress.

My car was vandalized with a toxic smell that made it difficult for me to breathe, and made my heart suffer irregular beats. Several transient small stroke symptoms followed the irregular beats, from which I fortunately recovered from, except for a new habit of slower, more deliberate speech.

We need to save humanity from death threats used on the world, not just in tampering elections, but through these same ways, they tamper every aspects of life, of every human, dog and animal affected by the out-of-control madness to pull wool over human and judges' eyes.

From international soccer players, to American basketball players, from United States citizens babies to top American university professors, death threats were given.

Joselyn Lee   page 1
Feb 18th, 2020

Staff related to the Obama Administration committed slavery, and blocked Indian American civilian citizens who had first asked me to run, from signing nomination papers through threats of death, false representations, and harassment of me.

These threats are well known to first responders who tried to enable me to become Congressperson, because I am the only person who puts the sufferings of those forced against their will to sign perjuries first & foremost.

Obama, though now a former President of the United States, still fear impeachment as Mueller had testified that a President of the USA may be impeached after his Presidency instead of during his Presidency to avoid disruption of his duties as President during his Presidential term.

This is the prima facie case. Additional irregularities may be pleaded in the presence of the judge.
For example:
The death threats on those initially excited about my seeking signatures for nomination, were given in the format of hackers inserted numbers that are homonyms to "death", and posted worldwide on a social media. The hackers who gave the death threats to anyone signing the nomination papers bragged with a shadowy graph posted over the photo of the nomination paper, showing how the enthusiasm descended from maximum sky high level, to minimum, even before I finished posting all the pages. In other words, the hackers admitted their effectiveness in interfering with the Primary Election through Intimidation, which is clearly prohibited by the Civil Rights Act of approximately 1964.

signed: Joselyn Lee   (Date Feb 18th, 2020) declare complete
(name: Joselyn Lee) under the penalty of perjury, I truthfulness.
(alias Joselyn Carmel Rose Lee)

GRANTING OF THE PETITION BY United States District Court of California

The petition by Joselyn Carmel Rose Lee, alias Joselyn Lee of 37010 Dusterberry Way, Postal Code 7531 Fremont, CA, 94537 of Case # _____ is granted. She may appear on the November 2020 California Ballot for Contesting To Become the United States Representative for District 17.

Signature = _____

Judge _____

Date = _____