UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELYN C. LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 20-cv-01203-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 10 |

On March 24, 2020, Magistrate Judge Laurel Beeler issued a Report and Recommendation, recommending that the complaint be dismissed. Dkt. No. 10. On the same day, Magistrate Judge Beeler's Report and Recommendation was served by mail on plaintiff. Objections were due on or before April 7, 2020. As of today's date, no objection or other response have been filed by either party.

On February 24, 2020, after granting plaintiff's application to proceed *in forma pauperis*, Magistrate Judge Beeler screened the complaint for minimum legal viability pursuant to 28 U.S.C. § 1915(e)(2)(B) and dismissed for failure to state a claim. Magistrate Judge Beeler allowed plaintiff leave to amend by March 16, 2020 and cautioned that failure to file an amended complaint will lead dismissal of the case. Dkt. No. 6. The March 16 deadline has passed and plaintiff has not filed an amended complaint. Because plaintiff declined magistrate-judge jurisdiction on February 21, 2020, this case was reassigned to me.

Having reviewed the records in this case, I agree with Magistrate Judge Beeler's Report and Recommendation and adopt it. This case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

1  Dated: April 15, 2020

_____
WILLIAM H. ORRICK
United States District Judge